UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joshua Paul Barron, | File No. 22-cv-1797 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| United States of America, | |
| Defendant. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on September 30, 2022. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. This matter is **TRANSFERRED** to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 1406(a).


Dated: October 24, 2022            s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court